**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **SERGIO RUCHTEIN** | : | **NO. 19-309** |

## WAIVER OF INDICTMENT

Sergio Ruchtein, the above named defendant, who is accused of attempted export of a defense article without a license in violation of 22 U.S.C. § 2278(b)(2) and 2778(c), and 22 CFR § 127.1(a)(1), being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment, and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for Defendant

Date: 6/18/2019

_____
Assistant U.S. Attorney